**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DOCKET & FILE

GEORGE C. HELEWA and
MICHELE TORTORICI

**Plaintiff,**

-against-

MAN TSUN TSE

**Defendant.**

Index #:

CV 03 5490
**STIPULATION
DISCONTINUING ACTION
WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY

STIPULATED AND AGREED, by and between the undersigned attorneys of record for

all the parties to the above-entitled action, that whereas no party hereto is an infant,

incompetent person whom a committee has been appointed or conservatee and no

person not a party has an interest in the subject matter of the action, the above-

entitled action be, and the same hereby is discontinued with prejudice without costs

to either party as against the other due to settlement of this matter. This stipulation

may be filed without further notice with the Clerk of the Court.

Dated: 6/21/05

_____
Attorneys for Defendant

Acito Klein & Candiloros PC
535 Fifth Ave,
N Y N Y 10017

_____
Attorneys for Plaintiff

Borrell & Riso, L.L.P.
1500 Hylan Boulevard
Staten Island, NY 10305
(718) 667-8600

_____
So Ordered